**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 17-03394 BRO (FFMx) | Date | August 15, 2017 |
|---|---|---|---|
| Title | FELIX DE JESUS PARRA ET AL V. UNITED STATES OF AMERICA ET AL | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**      (IN CHAMBERS)

# ORDER CLOSING CASE

On June 29, 2017, the Court issued a Minute Order granting Defendant United States of America's (the "Government") motion to dismiss with leave to amend. (*See* Dkt. No. 21 ("Dismissal Order").) Plaintiffs Felix De Jesus Parra[1] and Veronica Quiroz's ("Plaintiffs") amended complaint, if any, was to be filed by no later than July 20, 2017. (*See* Dismissal Order at 11.) As of July 27, 2017, Plaintiffs had not filed any amended complaint. Accordingly, the Court ordered Plaintiffs to show cause why they had failed to timely file an amended complaint. (Dkt. No. 22 ("OSC").) Plaintiffs' counsel, Neil Howard, responded to the Court's OSC, indicating that Plaintiffs had already filed a new action, *Veronica Quiroz v. United States of America,* Case No. 17-CV-4788 (C.D. Cal. June 29, 2017), against the Government on June 28, 2017. (*See* Dkt. No. 23.) Howard also explained that, in light of the newly-filed action, Plaintiffs did not file an amended complaint in the instant Action. (*See id.*) Thus, at this time, no operative pleading exists in this Action. The Court hereby closes the instant Action.

**IT IS SO ORDERED.**

                                                                                                              :

                                                          Initials of Preparer

---

[1] Plaintiff Felix De Jesus Parra acts by and through his Guardian Ad Litem, Veronica Quiroz.